# Exhibit H

| Manufacturer | Returnable (Y/N) | Fees for Return | Return Policy |
|---|---|---|---|
| BLINE | Yes | 30% restock fee + freight | 18 months and in new and resalable condition |
| ARL | Yes | | Returnable, but the material is still in Darana's possession. |
| CAB | Yes | | Internet purchase.<br>Material is still in Darana's possession. |
| ERC (Caddy) | Yes | | Returnable, but the material is still in Darana's possession. |
| OZ-G | No | | Not returnable beyond 12 months |
| WAGO | Yes | | Returnable, but the material is still in Darana's possession. |
| CCH, CCHO, CMI, CRH, CRS-H | Yes | 50% restock fee for items more than 3 years old + offsetting order | New and resalable conditions (pictures to document)<br>+<br>offsetting order |
| THHN<br>(wire) | No | | Alan Wire – Not returnable<br>Southwire – Only returnable for scrap value. |
| T&B | Not feasible | 3:1 offsetting order required ($1.2mm) | Returnable up to 2.5% previous years purchase, 3:1 offsetting order required, no older than 24 months |
| IDEAL | Yes | N/A | Returnable, but the material is still in Darana's possession. |
| NSI | Yes | N/A | Returnable, but the material is still in Darana's possession. |
| P&S | Yes | N/A | Returnable, but the material is still in Darana's possession. |
| THHN (500 ft) | Yes | N/A | Returnable, but the material is still in Darana's possession. |